■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT JONES, Appellant. [607 NYS2d 141] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lipp, J.), rendered May 27, 1992, convicting him of criminal possession of a controlled substance in the fifth degree, upon his plea of guilty, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress physical evidence.

Ordered that the judgment is affirmed.

The record supports the hearing court's determination that the defendant abandoned a bag which contained crack cocaine *(see, People v Prochilo,* 41 NY2d 759; *People v Carrington,* 174 AD2d 572). Accordingly, the hearing court properly denied that branch of the defendant's motion which was to suppress

the physical evidence. Mangano, P. J., Balletta, Friedmann and Florio, JJ., concur.